UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

William Eastham
Defendant.

Case No. 1:01cr61
(Hogan, M.J.)

FILED
JAMES BONINI
CLERK
2004 NOV 15 PM 2:30

SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: ~~Barbara Crum~~ Arthur Hill
Court Reporter: Betty Schwab
Date/Time: 11-15-04 (2:00)

United States Attorney: Anthony Springer    Defendant Attorney: Richard Smith-Monghan

*Initial Appearance Hearing on* [ ] Complaint; [ ] Indictment; [ ] Information; or [X] *petition for supervised release*
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____
AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on* [ ] *Indictment or* [ ] *Information:*
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:   [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Weber

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: