AO 468 (1/86) Waiver of Preliminary Examination or Hearing

FILED
JAMES BONINI
CLERK

# United States District Court

2004 NOV 15 PM 2:30

_____ DISTRICT OF _____ OHIO
WEST. DIV. CINCINNATI

UNITED STATES OF AMERICA

v.

William Eastham

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:01 cr 61

I, __William Ray Eastham__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

11/15/04
Date

_____
Counsel for Defendant