IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-01-61 |
| Plaintiff, | : | (Senior Judge Herman J. Weber) |
| v. | : | |
| WILLIAM EASTHAM, | | |
| Defendant | : | |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, December 1, 2004 at 4:00 p.m.

**IT IS SO ORDERED.**

                                              ___s/Herman J. Weber_____
                                              Herman J. Weber, Senior Judge
                                              United States District Court

*Rev.5/01*