UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CRIMINAL MINUTES - REVOCATION HEARING

UNITED STATES OF AMERICA
      -vs-                                      CASE NO. CR-1-01-61
WILLIAM EASTHAM

-------------------------------------------------------------------------------------------------------

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Tim Oakley
DEFENSE: Richard Smith-Monahan

-------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Darlene Maury

Probation Officer Darla Huffman

DATE: Wednesday, December 1, 2004
TIME: 4:00 p.m. - 4:23 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for SUPERVISED RELEASE REVOCATION HEARING. Defendant present with counsel. Defendant admits violations. The Court finds that defendant has violated his supervised release conditions.

**IT IS ORDERED** that defendant William Eastham's Supervised Release be **REVOKED** and the defendant be **COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR A PERIOD OF TWENTY-FOUR (24) MONTHS** . Supervised release will not be imposed. Fine of $500.00 and $100.00 Special Assessment (as previously ordered) shall be made due immediately. The Court recommends to the BOP that defendant be placed at a facility in Kentucky or as close to Ironton Ohio as possible.

Defendant advised of right to appeal.